FILED

**UNITED STATES DISTRICT COURT IN AND FOR THE
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

2005 MAR -4  AM 10: 50

CLERK, US DISTRICT COURT
OCALA, FLORIDA

JANIS HART and CARLETON
HART,

      Plaintiffs,

                      CASE NO.  5:05CV-124-OC-10GRJ

v.

V.B. INVESTMENTS, INC., d/b/a
BUCHANAN/JENKINS HYUNDAI,

      Defendant.

_____/

## COMPLAINT

    NOW COME the Plaintiffs, JANIS and CARLETON HART, by and through Plaintiffs'

attorneys, KROHN & MOSS, LTD., and for Plaintiffs' Complaint against Defendant, V.B.

INVESTIMENTS, INC., d/b/a BUCHANAN/JENKINS HYUNDAI, allege and affirmatively

state as follows:

### PRELIMINARY STATEMENT

    1.     This is an action for damages brought by individual consumers against the

defendant for violations of The Truth in Lending Act 15 U.S.C. § 1601 (a).

### JURISDICTION AND VENUE

    2.     Jurisdiction of this Court arises under 15 U.S.C. § 1601 (a) and 28 U.S.C. § 1331.

Venue lies properly in this district pursuant to 28 U.S.C. § 1391 (b).

### PARTIES

    3.     Plaintiffs, JANIS and CARLETON HART ("Plaintiff"), are individuals who are

Florida residents.

4.      Defendant, V.B. INVESTIMENTS, INC., d/b/a BUCHANAN/JENKINS HYUNDAI ("Seller"), is a business corporation qualified to do business and regularly conducts business in the State of Florida, and is a corporation of the State of Florida.  Seller is also a merchant involved in the sale of commercial goods to the public, including new and used vehicles

## BACKGROUND

5.      On or about March 2, 2004, Plaintiffs purchased from Seller a 2004 Hyundai Santa Fe ("Santa Fe"), Vehicle Identification No. KM8SBL2894U677520, for valuable consideration (A copy of Plaintiffs' Retail Installment Contract is attached hereto and marked as Exhibit "A").

6.      The price of the Santa Fe as listed by Defendant, including sales tax, document fees and finance charges, totaled at least $37,566.88.

7.      At the time of Plaintiffs' purchase of the Santa Fe, Plaintiffs traded-in a 2001 Chrysler PT-Cruiser ("trade-in vehicle") and used the proceeds from the PT-Cruiser as a down payment on the Santa Fe.

8.      Seller informed Plaintiffs that they were receiving a trade-in allowance of $13,522.00 for the trade-in vehicle.

9.      Seller recorded the $13,522.00 for the trade-in vehicle on the Retail Installment Contract for the subject vehicle.  (See Exhibit "A").

10.     Seller recorded on the Retail Installment Contract that on March 2, 2004, Plaintiffs still owed $13,522.00 for the trade-in vehicle.

11.     Seller prepared the Retail Installment Contract.

12.     Seller misrepresented to Plaintiffs and to the lender that $13,522.00 was the actual amounts Plaintiffs received for the trade-in vehicle as the trade-in vehicle was actually worth significantly less than the amount represented.

13.     In turn, Seller sold the Santa Fe to Plaintiffs for more then what the vehicle was ordinarily worth and over inflated and misrepresented the actual price of the Santa Fe on the retail installment contract.

14.     Seller over inflated the price of the Santa Fe by a proportional amount to the amount that Seller over inflated the trade allowance on the trade-in vehicle.

15.     In doing so, Seller failed to disclose that it had rolled into the financing for the Santa Fe debt from the trade-in vehicle.

16.     Seller did not identify on the retail installment contract that it had rolled debt into the new financing agreement and that said amount was an "amount financed" per the Truth in Lending Act.

17.     The aforementioned sale of the vehicle was a financed transaction in that in order for the Plaintiffs to purchase the vehicle, a person or entity must have extended credit to them.

18.     Seller took a credit application from the Plaintiffs and prepared the disclosures required for compliance with the Truth in Lending Act.

19.     Seller misrepresented the value of the trade-in vehicle in the Truth in Lending Act Disclosure.

20.     Seller misrepresented the value of the trade-in vehicle in an effort to secure financing on behalf of Plaintiffs by making it appear that Plaintiffs were not rolling debt into the purchase of the subject vehicle.  Seller did this solely in an effort to consummate the transaction in order to make a profit off of the sale of the Santa Fe.

## COUNT I
## VIOLATION OF THE TRUTH IN LENDING ACT
## SELLER

21.     Plaintiffs re-allege paragraphs 1- 20.

22.     The above acts constitute a violation of The Truth in Lending Act 15 U.S.C. § 1601(a).

WHEREFORE the Plaintiffs request that the court:

a.      Award statutory damages available under the Truth in Lending Act 15 U.S.C. § 1601(a).

b.      Award Plaintiffs' Attorneys fees and court costs.

c.      Grant any other relief that this Honorable Court deems just and appropriate.

## JURY DEMAND

*      Plaintiffs demand trial by jury on all issues in this action.

MIMI McANDREWS
KROHN & MOSS, LTD.
ATTORNEYS FOR PLAINTIFFS
5975 W. Sunrise Blvd., Suite 215
Sunrise, FL 33313
(954) 792-4336

By: _____

991368

3

Mimi McAndrews, Esq.

**EXHIBIT A**

SEP-1-2004  10:37  FROM:STAPLES 235          352840280          TO:18666202956          P. 1

## RETAIL INSTALLMENT SALE CONTRACT
### SIMPLE FINANCE CHARGE

Dealer Number _____          Contract Number _____

| Buyer (and Co-Buyer) Name and Address (Including County and Zip Code) | Creditor - Seller (Name and Address): |
|---|---|
| JANIS CAROL HART<br>CARLETON EDWARDS HART<br>360 MARION OAKS DR<br>OCALA FL 34473 CO: MARION<br>Buyer's Month of Birth:     JANUARY/AUGUST | V.B. INVESTMENTS, INC.<br>1602 SW COLLEGE ROAD<br>OCALA FL 34474 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis at the Base Rate of 9.90 % per year. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Weight (lbs.) | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2004 | HYUNDAI SANTE FE | | KM8SBL2894U677520 | ☒ personal, family or household<br>☐ business<br>☐ agricultural          ☐ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $2500.00 is |
|---|---|---|---|---|
| 10.03 % | $ 8908.38 | $ 26158.50 | $ 35066.88 | $ 37566.88 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 487.04 | Monthly beginning 04/16/2004 |
| Or As Follows: | | |

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of 8 % of the part of the payment that is late.

Prepayment. If you pay off all your debt early, you may have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, prepayment penalties, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED**

| | |
|---|---|
| 1 Cash Price (including $ 862.14 sales tax) | $ 27913.30 (1) |
| 2 Total Downpayment = | |
| Trade-In 2001 CHRYSLER PT CRUISER | |
| (Year)    (Make)    (Model) | |
| Trade-In 3C4FY4BB21T691917 | |
| (VIN) | |
| Gross Trade-In Allowance | $ 13522.00 |
| Less Pay Off Made By Seller | $ 13522.00 |
| Equals Net Trade In | $ 0.00 |
| + Cash | $ 1500.00 |
| + Other REBATE | $ 1000.00 |
| (If total downpayment is negative, enter "0" and see 4H below) | $ 2500.00 (2) |
| 3 Unpaid Balance of Cash Price (1 minus 2) | $ 25413.30 (3) |
| 4 Other Charges Including Amounts Paid to Others on Your Behalf | |
| (Seller may keep part of these amounts): | |
| A. Cost of Optional Credit Insurance Paid to the Insurance Company or Companies | |
| Life | $ N/A |
| Disability | $ N/A |
| B. Other Insurance Paid to the Insurance Company GAP | $ 495.00 |

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit. Your choice of insurance providers will not affect our decision to sell or extend credit to you.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:

### Optional Credit Insurance

| | | | | |
|---|---|---|---|---|
| ☐ Credit Life: | ☐ Buyer | ☐ Co-Buyer | ☐ Both | |
| ☐ Credit Disability (Buyer Only) | | | | |

Premium:

Credit Life $ _____ N/A

Credit Disability $ _____ N/A

Insurance Company Name   N/A

Home Office Address    N/A

Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

If the box above is checked to indicate that you want credit life insurance, please read and sign the following acknowledgments:
1. You understand that you have the option of assigning any other policy or policies you own or may purchase for the purpose of covering this extension of credit and that the policy need not be purchased from us in order to obtain the extension of credit.

_____ Buyer          _____ Date

_____ Co-Buyer          _____ Date

2. You understand that the credit life coverage may be deferred if, at the time of application, you are unable to engage in employment or unable to perform normal activities of a person of like age and sex. (You need not sign this acknowledgment if the proposed credit life insurance policy does not contain this restriction.)

_____ Buyer          _____ Date

_____ Co-Buyer          _____ Date

SEP-1-2004  10:40  FROM:STAPLES 235          352840280                    TO:18666202956                    P.1

| | | | |
|---|---|---|---|
| B | Other Insurance Paid to the Insurance Company | $ | 495.00 |
| C | Official Fees Paid to Government Agencies | $ | N/A |
| D | Government Documentary Stamp Taxes | $ | 91.70 |
| E | Other Taxes Not Included in Cash Price | $ | N/A |
| F | Government License and/or Registration Fees (identify) N/A | $ | N/A |
| G | Government Certificate of Title Fees | $ | 150.00 |
| H | Other Charges (Seller must identify who is paid and describe purpose) | | |

| | | | |
|---|---|---|---|
| to N/A | for Prior Credit or Lease Balance | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to STATE OF FL | for BATTERY/TIRE/MVWTF | $ | 8.50 |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf          $    745.20 (4)
5  Loan Processing Fee Paid to Seller (Prepaid Finance Charge)          $    100.00 (5)
6  Amount Financed (3 plus 4)                                          $  26158.50 (6)
Payment Schedule: 72 installments of $ 487.04 each, monthly beginning 04/16/2004
or as follows

Co-Buyer                                                              Date

3. You understand that the benefits under the policy will terminate when you reach a certain age and affirm that your age is accurately represented on the application or policy.

Buyer _____  Date _____

Co-Buyer _____  Date _____

**Other Insurance**

XX GAP _____  72
Type of Insurance                 Term

Premium $ 495.00

Insurance Company Name
JH&A GAP

Home Office Address _____

I want the insurance checked above.

_Janice C. Hart_                   03/02/04
Buyer Signature                     Date

_Wilbert D. Hart_                   03/02/04
Co-Buyer Signature                  Date

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT.**

Returned Check Charge: If any check or order of payment you give us is dishonored, you will pay a charge if we make demand that you do so. The charge will be $25 if the check amount is $50 or less; $30 if the check is over $50 but not more than $300; $40 if the check amount is over $300, or such amount as permitted by law.

OPTION: ☐ You pay no finance charge if the amount financed, Item 6, is paid in full on or before _____ N/A _____, Year ____ ; SELLERS INITIALS ____

**NO COOLING OFF PERIOD**

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others. Buyer (and any Co-Buyer) initials _____ _____
See back for other important agreements.

**NOTICE TO THE BUYER: a) Do not sign this contract before you read it or if it contains any blank spaces. b) You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.**

**You agree to the terms of this contract and confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs _Janice C. Hart_ Date 03/02/04  Co-Buyer Signs _Wilbert D. Hart_ Date 03/02/04

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The co-buyer or other owner knows that the Creditor has a security interest in the vehicle and consents to the security interest.

Other owner signs here _____ 03/02/04  Address _____

Seller signs _____ Date ____  By _____ Title _____

**SUNTRUST BANK**

Seller assigns its interest in this contract to            XX            (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse            ☐ Assigned without recourse            ☐ Assigned with limited recourse

V.E. INVESTMENTS, INC.

Seller _____  By _____  Title _____

LAW  FORM NO. 553-FL  (REV. 5/03)  U.S. PATENT NO. D342267
©2003 Reynolds and Reynolds TO ORDER: www.reysource.com 1-800-344-0996; fax 1-800-531-8055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

CUSTOMER / TRUTH-IN-LENDING COPY